# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moore, Kimberly A. | Federal Circuit | 10/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | West-Thomson, Book Royalties | $1,574.01 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | attorney, self-employed, partner |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Georgia | 03/26/2015 - 03/27/2015 | Atlanta, GA | Activity of professional association | Transportation, meals and lodging |
| 2. | The New York Intellectual Property Association | 03/27/2015 - 03/28/2015 | New York, NY | Activity of professional association | Transportation, meals and lodging |
| 3. | Stanford University | 04/16/2015 - 04/17/2015 | San Francisco, CA | Educational activities other than judicial education | Transportation, meals and lodging |
| 4. | The Institute of Continuing Legal Education in Georgia | 09/17/2015 - 09/20/2015 | Amelia Island, FL | Educational activities exclusive of judicial education | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

| 5. | State Bar of Georgia | 11/11/2015 - 11/15/2015 | Cancun, Mexico | Educational activities exclusive of judicial education | Transportation, meals and lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2008 $2,211,554.00) (Currituck County, NC) | G | Rent | P1 | S | | | | | |
| 2. Capital One Bank Accounts | A | Interest | N | T | | | | | |
| 3. Citibank Account | A | Interest | O | T | | | | | |
| 4. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 5. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 6. Berkshire Life Insurance | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Charles Schwab Accounts B (H) | | | | | | | | | |
| 9. - Vanguard Developed Markets | A | Dividend | J | T | | | | | |
| 10. - Vanguard Total Stock Market | B | Dividend | N | T | | | | | |
| 11. - Morley Stable Value Fund Net 20 | | None | M | T | | | | | |
| 12. - T. Rowe Price Mid-Cap Growth | B | Dividend | N | T | Buy | 01/02/15 | J | | |
| 13. | | | | | Buy (add'l) | 12/14/15 | K | | |
| 14. - Vanguard Institutional Index I | B | Dividend | M | T | | | | | |
| 15. - Vanguard Total Bond | A | Interest | N | T | | | | | |
| 16. | | | | | | | | | |
| 17. VA 529 Plans (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - pre Paid | | None | M | T | | | | | |
| 19. - in Vest Southside | | None | M | T | Buy | 01/07/15 | J | | |
| 20. | | | | | Buy (add'l) | 02/05/15 | K | | |
| 21. - in Vest Piedmont | | None | L | T | Buy (add'l) | 01/07/15 | J | | |
| 22. | | | | | Buy (add'l) | 02/25/15 | K | | |
| 23. - in Vest Chesapeake | | None | M | T | Buy (add'l) | 01/07/15 | K | | |
| 24. | | | | | Buy (add'l) | 02/25/15 | L | | |
| 25. | | | | | | | | | |
| 26. Vanguard Account (H) | | | | | | | | | |
| 27. - Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 28. - Energy Fund Investor | A | Dividend | K | T | Buy | 01/22/15 | K | | |
| 29. - Large Cap Index | B | Dividend | M | T | Buy | 01/05/15 | N | | |
| 30. - Mid Cap Index | B | Dividend | M | T | | | | | |
| 31. - Small Cap Index | A | Dividend | K | T | | | | | |
| 32. - Total Stock Market Fund | B | Dividend | M | T | | | | | |
| 33. - 500 Index Fund | D | Dividend | M | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Account A (Brokerage) | | | | | | | | | |
| 36. - Amerisourcebergen Corp | A | Dividend | L | T | Buy | 03/13/15 | L | | |
| 37. - Baxalta | | None | M | T | Buy | 10/30/15 | L | | |
| 38. - Boston Beer | | None | | | Sold | 12/04/15 | K | | |
| 39. - Caseys General Store Inc | A | Dividend | L | T | Buy | 05/12/15 | L | | |
| 40. - Church & Dwight Inc. | B | Dividend | K | T | Buy | 03/13/15 | K | | |
| 41. - Cracker Barrel Old Ctry Store | C | Dividend | L | T | Buy (add'l) | 03/13/15 | K | | |
| 42. - CSX Corp. | B | Dividend | K | T | Buy | 03/13/15 | L | | |
| 43. - CVS Health Corp. | | None | L | T | Buy | 10/30/15 | L | | |
| 44. - Danaher Corp. | | None | L | T | Buy | 12/09/15 | L | | |
| 45. - Deluxe Corp. | A | Dividend | K | T | Buy | 03/13/15 | K | | |
| 46. - Fortune Brands | A | Dividend | | | Buy | 03/13/15 | L | | |
| 47. | | | | | Sold | 10/29/15 | L | D | |
| 48. - Gilead Sciences Inc. | A | Dividend | L | T | Buy | 03/13/15 | L | | |
| 49. - HanesBrands Inc. | A | Dividend | M | T | Buy (add'l) | 03/13/15 | L | | |
| 50. - Hershey Company | B | Dividend | | | Buy | 03/13/15 | L | | |
| 51. | | | | | Sold | 12/09/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Intuitive Surgical | | None | L | T | Buy | 03/13/15 | K | | |
| 53. - J&J Smucker | B | Dividend | L | T | Buy | 03/13/15 | K | | |
| 54. - J&J Snack Foods Corp. | A | Dividend | | | Buy | 03/13/15 | L | | |
| 55. | | | | | Sold | 10/29/15 | M | E | |
| 56. - MWI Veterinary Supply | | None | | | Sold | 01/21/15 | L | D | |
| 57. - Nike | | None | L | T | Buy | 12/04/15 | L | | |
| 58. - Norfolk Southern Corp. | B | Dividend | L | T | Buy | 03/13/15 | L | | |
| 59. - Pall Corp | A | Dividend | L | T | Buy | 03/13/15 | L | | |
| 60. | | | | | Sold | 05/12/15 | M | E | |
| 61. - Papa Johns | A | Dividend | | | Buy | 05/12/15 | L | | |
| 62. | | | | | Sold | 10/29/15 | L | D | |
| 63. - Pepsico Incorporated | B | Dividend | M | T | | | | | |
| 64. - Reynolds American Inc. | | None | L | T | Buy | 10/30/15 | L | | |
| 65. - Stericycle Inc. | | None | K | T | Buy | 03/13/15 | K | | |
| 66. - Therapeutics MD Inc. | | None | M | T | Buy | 03/13/15 | L | | |
| 67. - Tompkins Financial Corp. | A | Dividend | L | T | Buy | 03/13/15 | L | | |
| 68. - Tractor Supply Company | A | Dividend | L | T | Buy | 03/13/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Wells Fargo Account B (IRA) | | | | | | | | | |
| 71. - Anheuser Bush - Corp. Bond | C | Interest | K | T | | | | | |
| 72. - Church & Dwight Inc. | B | Dividend | L | T | | | | | |
| 73. - CSX Corp. | B | Dividend | K | T | | | | | |
| 74. - Deluxe Corp. | B | Dividend | L | T | | | | | |
| 75. - Diamond Foods Inc. | | None | L | T | Buy | 04/02/15 | L | | |
| 76. - Gilead Science | A | Dividend | L | T | | | | | |
| 77. - Ingersoll Rand - Foreign Bond | C | Interest | L | T | | | | | |
| 78. - Intuitive Surgical | | None | L | T | | | | | |
| 79. - JM Smuckers | A | Dividend | L | T | | | | | |
| 80. - United Health Group - Corp. Bond | B | Interest | | | Redeemed | 03/15/15 | K | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 10/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 30-32 were inadvertently omitted in the 2014 Financial Disclosure Report.   Please accept these assets for the year 2014 and 2015.
- 30. - Mid Cap Index - Buy – 12/11/2014 – L
- 31. - Small Cap Index – Buy 12/11/2014 – K
- 32. - Total Stock Market – Buy 12/11/2014 – L


Lines 71, 77, and 80 were erroneously closed in 2014.  Please accept line items 71, 77, and 80 for the year 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544